IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DOMINIC JOSEPH MAGA, | : | |
| | : | |
| Petitioner(s), | : | |
| | : | Case Number: 107mc33 |
| vs. | : | |
| | : | District Judge Susan J. Dlott |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on August 27, 2008(Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 17, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, Respondent's Motion to Dismiss (Doc. 2) is **DENIED** and Respondent's Motion to Dismiss (Doc. 4) is **DENIED.**

IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Susan J. Dlott
       United States District Judge